**Order entered November 14, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00607-CV

### PETER BEASLEY, Appellant

### V.

### SOCIETY OF INFORMATION MANAGEMENT, DALLAS AREA CHAPTER; JANIS O'BRYAN; AND NELLSON BURNS, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-1 8-05278**

## ORDER

Before the Court is appellant's first amended unopposed motion for extension of time to file his amended brief. As we granted appellant's motion for extension of time and ordered appellant's amended brief filed November 7, 2019, we **DENY** appellant's first amended motion as moot.

/s/     KEN MOLBERG
         JUSTICE